UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/11/2020

| | |
|---|---|
| MARY WEST, on behalf of himself and all others similarly situated, | : **Case No. 1:20-cv-7366** |
| Plaintiff, | : CIVIL ACTION |
| v. | : |
| Paperless, Inc. | : |
| Defendant. | : |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED TO** by the Plaintiff and Plaintiff's attorney, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that the above entitled action against Defendant shall be and hereby is dismissed with prejudice and on the merits, without costs, or disbursements, or attorney's fees to any party pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, and that judgment of dismissal with prejudice may be entered in the above entitled action pursuant hereto.

Dated: December 7, 2020

Respectfully Submitted,

/s/Mark Rozenberg
Mark Rozenber Esq.
**Stein Saks, PLLC**
285 Passaic Street
mrozenberg@steinsakslegal.com
Tel. 201-282-6500
Fax 201-282-6501
*Attorneys for Plaintiff*

In light of the Notice of Voluntary Dismissal With Prejudice filed by Plaintiff, Plaintiff has dismissed this action with prejudice pursuant to Rule 41(a)(1)(A)(i) and (a)(1)(B) of the Federal Rules of Civil Procedure. The Clerk of the Court therefore is respectfully directed to close this case.

SO ORDERED.

Date:   December 10, 2020
        New York, New York

JOHN P. CRONAN
United States District Judge

## **Certificate of Service**

      I hereby certify that on this date, I electronically filed this Notice of Voluntary Dismissal using the CM/ECF system which will automatically send email notification of such filing to all attorneys of record.  I also emailed this Notice to all parties who have not made an appearance in this case.

This 7th day of December 2020          Respectfully Submitted,

                                                  */s/ Mark Rozenberg*
                                                  Mark Rozenberg